FLORENCE T. NAKAKUNI    #2286
United States Attorney
District of Hawaii

JUSTIN D. WEITZ
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW
Washington, D.C.   20005
Telephone:  (202) 598-8084
Facsimile:  (202) 514-3003 (fax)
Email:  Justin.Weitz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF JUSTIN D. WEITZ TO PRACTICE BEFORE THE COURT | MISC. NO. 15-189 <br><br> APPLICATION TO APPEAR ON BEHALF OF THE UNITED STATES; DECLARATION OF JUSTIN WEITZ; ORDER PERMITTING PRACTICE |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR 83.1(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Trial Attorney Justin E. Weitz notifies the Court of his intention to appear before this court on behalf of the United States in In Re The Matter of: Subpoena to Testify Before a Grand Jury, Dated May 19, 2015, Returnable June 25, 2015, 9:00 A.M., Mc. No. 15-00167 SOM-RLP to attend to

the interests of the United States during the period of his employment by the United States and requests leave to do so.

DATED: June 26, 2015, at Washington, D.C.

> FLORENCE T. NAKAKUNI
> United States Attorney
> District of Hawaii
>
> By _____
> JUSTIN D. WEITZ
> Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF JUSTIN D. WEITZ TO PRACTICE BEFORE THE COURT | ) MISC. NO. 15-189 )  ) DECLARATION OF JUSTIN D. ) WEITZ ) ) |

## DECLARATION OF JUSTIN D. WEITZ

1. I am a Trial Attorney employed by the United States Department of Justice, Tax Division in Washington, D.C.

2. I expect to appear on behalf of the United States in the case of in <u>In Re The Matter of: Subpoena to Testify Before a Grand Jury, Dated May 19, 2015, Returnable June 25, 2015, 9:00 A.M.</u>, Mc. No. 15-00167 SOM-RLP and to attend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the New Jersey and New York.

I declare, upon penalty of perjury, that the foregoing is true and correct.

DATED: June 26, 2015, at Washington, D.C.

JUSTIN D. WEITZ
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF JUSTIN D. WEITZ TO PRACTICE BEFORE THE COURT | ) MISC. NO. __15-189__ <br> ) <br> ) ORDER PERMITTING PRACTICE <br> ) <br> ) |

### ORDER PERMITTING PRACTICE

The Court having considered the Application of Justin D. Weitz to practice before the Court and the Declaration in support of said application, and it appearing that the requirements of LR83.1(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii have been met,

It is hereby ordered that leave of Justin D. Weitz to appear and practice before this Court on behalf of the United States in the case of <u>In Re The Matter of: Subpoena to Testify Before a Grand Jury, Dated May 19, 2015, Returnable June 25, 2015, 9:00 A.M.</u>, Mc. No. 15-00167 SOM-RLP and to attend to the interests of the United States during the period of his employment by the United States is granted.

DATED: _____, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE